IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| A & G COAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:13-cv-00045 |
| v. ) | |
| ) | |
| ELKEM MATERIALS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

A & G Coal Corporation and Elkem Materials, Inc., by and through their respective counsel, hereby stipulate that the above-captioned matter and all claims, counterclaims, and defenses raised therein shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 30, 2015

By: /s/ Kevin W. Holt
    Kevin W. Holt (Va. I.D. No. 42866)
    Gregory B. Habeeb (Va. I.D. No. 46926)
    Spencer Wiegard (Va. I.D. No. 68788)
    GENTRY LOCKE RAKES & MOORE, LLP
    10 Franklin Road, S.E. Suite 800
    P.O. Box 40013
    Roanoke, VA 24022
    Telephone: (540) 983-9300

    Dustin M. Deane (Va. I.D. No. 83804)
    James C. Justice Companies, Inc. & Affiliates
    302 S. Jefferson St.
    Roanoke, VA 24251
    Telephone: (540) 776-7890

    Terry Kilgore (Va. I.D. No. 26269)
    P.O. Box 669
    Gate City, VA 24251
    Telephone: (276) 386-7701

*Counsel for A & G Coal Corporation*

Respectfully submitted,

By: /s/ S. Lloyd Smith
    S. Lloyd Smith (Va. I.D. No. No. 85119)
    BUCHANAN INGERSOLL & ROONEY PC
    1737 King Street, Suite 500
    Alexandria, VA 22314-2727
    Telephone: (703) 836-6620

    Matthew F. Burger (*pro hac vice*)
    Daniel C. Garfinkel (*pro hac vice*)
    BUCHANAN INGERSOLL & ROONEY PC
    One Oxford Centre, 20th Floor
    301 Grant Street
    Pittsburgh, PA 15219
    Telephone: (412) 562-8800

*Counsel for Elkem Materials, Inc.*